

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00522-CV

**IN THE INTEREST OF R.P. AND R.A.P.**, Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25835
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date holding the trial court lacked subject-matter jurisdiction, the judgment of the trial court is **VACATED** and judgment is **RENDERED** dismissing the cause. It is ordered that appellant recover his costs of appeal from appellee.

SIGNED March 5, 2025.

_____
Velia J. Meza, Justice